Approved by: _____
DANIEL P. ANTOON
Special Assistant United States Attorney

Before: THE HONORABLE KIM P. BERG
United States Magistrate Judge
Southern District of New York

------------------------------------x

25 MJ 1570 (KPB)

UNITED STATES OF AMERICA                :    MISDEMEANOR
                                             COMPLAINT
                                        :
        -v-                             :    Violation of
                                        :
   JAMES W. ROHNER                      :    18 USC § 641
                                             NYVTL § 1115
                                        :
                                             COUNTY OF OFFENSE:
        Defendant                       :    ORANGE
                                        :
------------------------------------x

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK, ss.:

Sterling Stuckey, being duly sworn, deposes and says that she is a Court Liaison, assigned to the United States Military Academy, West Point, New York, and charges as follows:

COUNT ONE

On or about 3 September 2024, at or near West Point, New York, in the Southern District of New York, JAMES W. ROHNER, the defendant, with intent to permanently deprive, unlawfully, knowingly, and willfully removed government property without authorization to wit: the defendant disposed of a one-way street sign, the property of the United States Army without permission.

(Title 18 United States Code Section 641)

COUNT TWO

On or about 3 September 2024, at or near West Point, New York, in the Southern District of New York, JAMES W. ROHNER, the defendant, unlawfully, knowingly, and willingly

removed an official traffic-control device without authorization to wit: the defendant removed a one-way street sign, the property of the United States Army without permission.

(New York Vehicle and Traffic Law section 1115)

The bases for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am a Court Liaison, assigned to Provost Marshall Office, at the United States Military Academy, West Point, New York which is located in the Southern District of New York.

2. On 2 September 2024, Sergeant Major (SGM) Nickie Wileman, United States Garrison West Point (USAG WP) Department of Emergency Services (DES) observed that a one-way street sign had been removed and she called Chief Matthew Woods, West Point Fire Department (WPFD) to report a conversation she had with the Defendant. During that conversation, SGM Wileman informed the Defendant that a one-way sign had been placed at the entrance of Eichelberger Road. The Defendant told SGM Wileman that he was going to take it down. SGM Wileman thought the Defendant was joking. The Defendant stated he was not joking. SGM Wileman told the Defendant to "not do that" and they both laughed it off.

3. Sergeant (SGT) Cameron Guess was a witness to the conversation. SGT Guess described the conversation as "a joking conversation about Eichelberger Road being a one-way road." During the conversation the Defendant stated something about the sign going missing, to which other individuals privy to the conversation laughed.

4. On 3 September at approximately 10:50 am, First Sergeant (1SG) Adam Sherwood, USAG WP Police Company recovered a one-way street sign in a dumpster adjacent to building 664 on West Point, New York. 1SG Sherwood photographed the recovered sign along with various trash items and WPFD schedules inside of the dumpster.

5. On 4 September 2024, at approximately 1:26 pm, 1SG Sherwood notified Military Police Investigations (MPI) of a

possible larceny of a one-way street sign on Eichelberger Rd adjacent to Building 664.

6. On 1 October 2024, at approximately 10:22 am, MPI contacted the Defendant to schedule an interview. The Defendant arrived at MPI at approximately 10:30 am. INV Iain Sinclair advised the Defendant of his rights. The Defendant invoked his rights, was processed, and was released.

7. On 10 October INV Sinclair contacted Chief John DeFrancesco, WPFD. Chief DeFrancesco disclosed a conversation with the Defendant in which the Defendant was vocal about being in disagreement with the one-way sign being put up.

8. On 10 October 2024, INV Sinclair and INV Katherine Barkas interviewed Chief Matthew Stack, WPFD. During that conversation Chief Stack stated "everybody has heard the Defendant talking about taking the sign down." INV Barkas asked "So, James Rohner stated he took it [the sign] down when he talked to you?" Chief Stack stated "Yes, but I had heard about it before he was booked."

9. Defendant was issued a United States District Court Violation Notice for Theft of Private Property (DCVN Number E2301806/SY10) and for interference with official traffic control-devices, railroad signs or signals and other highway appurtenances (DCVN Number E1363519/SY10) and released.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

_____
STERLING STUCKEY
Court Liaison


Sworn to before me this
9th day of May, 2025

_____
HONORABLE KIM P. BERG
United States Magistrate Judge
Southern District of New York