UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

James W. Rohner

                    Defendant.

-----------------------------------------------------------

Case No.: 25 MJ 1579 (KPB)

**ORDER OF DISMISSAL**

18 USC § 641

Motion by the Government to dismiss is granted on count 1 and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg
United States Magistrate Judge

Dated:   8 day of August, 2025
White Plains, New York